JAMES W. MINEHAN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40323.) — GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.